```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HUBERT HERNANDEZ,

                Plaintiff,
                                                                    JUDGMENT
       - against -                                                  17-CV-3652 (RRM)

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.
-------------------------------------------------------------------X
```

A Memorandum and Order of the undersigned dated September 30, 2019 having been issued directing remand for further proceedings, it is hereby:

ORDERED, ADJUDGED AND DECREED that this action is remanded to the Commissioner of Social Security for further proceedings.

SO ORDERED.

Dated: Brooklyn, New York
       September 30, 2019

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge